✓ #1011   # 129397

FILED
2011 MAR 31 PM 3:12
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:

Samantha Zimmerman
Bucky Lee Zimmerman

* CASE NO. 10-32159-W
* JUDGE MARY ANN WHIPPLE
* William L. Swope, Esq.
* 221 S. Main Street
* Findlay, OH 45840
* (419) 422-0288
* Sup. Ct. #0029538

REPORT ON DIVIDENDS OF LESS THAT FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named debtor(s), do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Amount |
| --- | --- |
| Orthopedic Institute of Ohio, Inc.<br>Attn: Patient Financial Accounts<br>801 Medical Drive Suite A<br>Lima, OH 45804 | $ 2.30 |
| City of Lima, Dept. of Utilities<br>c/o Law Director<br>209 N. Main St., 6th FL<br>Lima, OH 45801 | $ 5.00 |
| Fawcett Collecting Company<br>3235 Allentown Road<br>Lima, OH 45805 | $ 2.16 |
| Meade & Associates<br>737 Enterprise Drive<br>Westerville, OH 43081-8850 | $ 1.82 |
| | $ 11.28 |

A check for $11.28 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Date: March 29, 2011

William L. Swope
Trustee